AO 247 (02/08)   Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the
District of Columbia

FILED
SEP 1 8 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

United States of America )
v. )
Richard A. Smith ) Case No: 89CR00036-03
) USM No: 13733-016
Date of Previous Judgment: November 3, 2004 ) Mary M. Petras
(Use Date of Last Amended Judgment if Applicable) ) Defendant's Attorney

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☒ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __11/3/04__ months **is reduced to** __405__.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level: __39__   Amended Offense Level: __37__
Criminal History Category: __V__   Criminal History Category: __V__
Previous Guideline Range: __360__ to __Life__ months   Amended Guideline Range: __324__ to __405__ months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☒ Other (explain):   If this sentence is less than the amount of time the defendant has already served, the sentence is reduced to a "Time Served" sentence.

**III. ADDITIONAL COMMENTS**

Except as provided above, all provisions of the judgment dated __11-3-04__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date:   __9-18-08__

Judge's signature

Effective Date:   __9-18-08__
(if different from order date)

Ricardo M. Urbina
Printed name and title