AO 247 (Rev 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U S.C § 3582(c)(2)    Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
для the
District of Columbia

**FILED**
MAR 2 2 2016
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

United States of America
v.
Richard Smith

Case No: 89-036-03 (ESH)

USM No: _____

Date of Original Judgment: 10/18/1989
Date of Previous Amended Judgment: 09/18/2008
*(Use Date of Last Amended Judgment if Any)*

Jonathan Zucker
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of ___405___ months **is reduced to** ___370 months___

*(Complete Parts I and II of Page 2 when motion is granted)*

See Special Conditions attached

Except as otherwise provided, all provisions of the judgment dated 10/18/89 shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 03/22/2016

*Judge's signature*

Effective Date: _____
*(if different from order date)*

Ellen Segal Huvell, U.S. District Court Judge
*Printed name and title*



DEFENDANT: RICHARD SMITH                                    ATTACHMENT (1)
CASE NUMBER: 89-036-03

# SPECIAL CONDITIONS OF SUPERVISION

DNA Sample Requirement – Pursuant to 42 USC 14135a(a)-(d), for all felony offenses, the defendant shall submit to the collection and use of DNA identification information while incarcerated in the Bureau of Prisons, or at the direction of the U.S. Probation Office.

Search and Seizure – You shall submit your person, residence, office or vehicle to announced or unannounced examinations by the US Probation Office at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition or release. You shall also surrender any contraband observed in plain view of the probation officer. You shall warn any other residents that the premises may be subject to search pursuant to this condition.

Mental Health Treatment – You shall participate in, and successfully complete, a mental health treatment program, which may include outpatient counseling or residential placement, as approved and directed by the Probation Office. You shall take all medications as prescribed by a psychiatrist or physician, and shall not discontinue any medication without permission of the Court.

Substance Abuse Testing – You shall submit to substance abuse testing as approved and directed by the Probation Office.

Substance Abuse Treatment – You shall participate in, and successfully complete, a residential and/or out-patient substance abuse treatment program, which may include drug testing and detoxification service, as approved and directed by the Probation office.