UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES,** | ) )  ) |
| v. | ) ) Crim. No. 89-0036-03 (ESH) |
| **RICHARD SMITH,** | ) ) ) |
| **Defendant.** | ) ) |

## ORDER

      Before the Court is defendant's motion to correct sentence pursuant to Federal Rule of Civil Procedure 35(a). On March 22, 2016, the Court granted defendant's motion for a sentence reduction pursuant to 18 U.S.C. § 3582(c) and reduced defendant's sentence of 405 months imprisonment to 370 months. The Court imposed a sentence of 370 months at the joint recommendation of the parties, which was in turn based upon their understanding from the Bureau of Prisons that such a sentence would result in defendant's release on or about March 27, 2016. However, the Bureau of Prisons has now determined that a sentence of 370 months results in a release date of June 5, 2016. That outcome is clearly contrary to the intent of the parties and the Court. Accordingly, it is hereby

      **ORDERED** that defendant's motion is **GRANTED**; and it is further

      **ORDERED** that, effective today, defendant's sentence of imprisonment is reduced to **TIME SERVED**. All other previously imposed conditions of supervised release remain in effect.

/s/ *Ellen Segal Huvelle*
ELLEN SEGAL HUVELLE
United States District Judge

Date: March 31, 2016